# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:14-cr-00440-3 |
| | § | |
| HMAYAK SAMSONYAN | § | |

## HMAYAK SAMSONYAN'S EX PARTE MOTION FOR TRANSLATOR ASSISTANCE

**TO THE HONORABLE JUDGE KEITH ELLISON, UNITED STATES DISTRICT COURT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION.**

COMES NOW, HMAYAK SAMSONYAN, the Defendant, by and through his attorney of record, ROBERT FICKMAN, and respectfully moves this Honorable Court to enter an order authorizing counsel to incur translator expenses not to exceed $2,400.00. In support of this motion, Defendant would show as follows:

I.

Defendant is charged with conspiracy to commit health care fraud.

II.

Defendant speaks Armenian.  His English is limited.  Defense Counsel does not speak Armenian.  Defense Counsel is in need of translator services.

III.

Defense Counsel has conferred with Attorney Armen Merjanian. Attorney Armen Merjanian speaks Armenian and has agreed to provide translator services on this case.

IV.

Pursuant to 18 U.S.C. 3006(A), Defendant requests that this Honorable Court hereby authorize counsel to incur reasonable translator expenses not to exceed Two Thousand Four Hundred Dollars ($2,400.00).

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this court grant this motion.

Respectfully submitted,


/s/  Robert Fickman
ROBERT FICKMAN
Attorney-In-Charge
State Bar No. 06956500
440 Louisiana, Suite 200
Houston, Texas 77002
Ph. 713-655-7400
Fax 713-224-2815

Attorney for Defendant,
HAMYAK SAMSONYAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA    §
                        §

V.                                  §        NO. 4:14-cr-00440-3
                        §

HMAYAK SAMSONYAN       §

## ORDER

BE IT REMEMBERED that on this day came to be heard Defendant's

Ex Parte Motion for Translator Assistance. The Court, after considering same,

is of the opinion that such Motion should be granted in all respects.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

Defendant may incur reasonable Translator expenses not to exceed Two

Thousand Four Hundred Dollars ($2,400.00).

SIGNED on the _____ day of _____, 2016.


_____
UNITED STATES DISTRICT JUDGE