UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. 4 14 CR 440-3. |
| HMAYAK SAMSONYAN | § | |

## ORDER

The Court has considered Hmayak Samsonyan's Motion to Further Extend Reporting Date. The Court finds the motion is meritorious. It is therefore ORDERED that the December 21, 2017, report date that Samsonyan has been given is STAYED. Samsonyan shall report to the Bureau of Prisons to begin serving his sentence on January 5, 2018. During the pendency of this stay, Samsonyan shall abide by the same terms and conditions that have governed his release pending sentencing and self-surrender. No further extensions will be granted.

SIGNED and ENTERED this the 13th day of December 2017.

KEITH ELLISON
United States District Judge