IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



4:14CR440-3

No. 17-20701

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

HMAYAK SAMSONYAN, also known as Hamlet,

Defendant - Appellant

A True Copy
Certified order issued Jan 10, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of January 10, 2018, pursuant to appellant's unopposed motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 10, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20701    USA v. Hmayak Samsonyan
                       USDC No. 4:14-CR-440-3

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Angelique B. Tardie, Deputy Clerk
                        504-310-7715

cc w/encl:
    Mr. Philip J. Lynch
    Ms. Carmen Castillo Mitchell